Order issued December 31, 2012

005350



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01294-CV

## U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, Appellant

V.

## PAULA A. BONNEY, Appellee

## ORDER

We **GRANT** appellant's December 21, 2012 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before January 21, 2013.

ELIZABETH LANG-MIERS
JUSTICE